TO: DOCKET CLERK **20-00055**
SECT.FMAG.4
__X__ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: <u>JASON R. WILLIAMS, NICOLE E. BURDETT</u>

Initials: FCT

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you