20-00055   PER 18 U.S.C. 3170

SECT.F MAG. 4

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile | USA vs. |
| ☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added ☐ Superseding Indictment ☐ Superseding Information ☐ Charges/Counts Added | Defendant: JASON R. WILLIAMS |
| Name of District Court, and/or Judge/Magistrate Location (City) UNITED STATES DISTRICT COURT DISTRICT OF LOUISIANA — EASTERN Divisional Office | Address: New Orleans, LA |
| Name and Office of Person Furnishing Information on THIS FORM: Denise Duhon  ☒ U.S. Atty ☐ Other U.S. Agency  Phone No. (337) 262-6618 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Kelly P. Uebinger | Birth Date: 1972   ☑ Male ☐ Female   ☐ Alien (if applicable) |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): Internal Revenue Service, SA Timothy Moore

Social Security Number: xxx-xx-1386

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

**DEFENDANT**

Issue:   ☐ Warrant   ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): William P. Gibbens

☐ FPD   ☐ CJA   ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 11   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18, U.S.C., Section 371 | Conspiracy to Defraud the United States | 1 |
| 4 | Title 26, U.S.C., Section 7206(2) | Aiding and Assisting in Preparation and Presentation of False and Fraudulent Returns, Statements or Other Docs | 2-6 |
| 4 | Title 31, U.S.C., Sections 5331 and 5332 | Failure to File Forms 8300 Relating to Cash Received in Trade or Business | 7-11 |