UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-55 |
| VERSUS | SECTION "F" |
| JASON WILLIAMS<br>NICOLE BURDETT | VIOLATION: |

NOTICE OF INITIAL APPEARANCE AND ARRAIGNMENT

Take notice that this criminal proceeding is set for **JULY 10, 2020 AT 2:00 P.M.**, before Magistrate Judge Karen Wells Roby, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: June 26, 2020                             CAROL L. MICHEL, CLERK
                                                by: James Crull, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ JASON WILLIAMS (summons)            ✓ AUSA: Kelly Uebinger
✓ William Gibbens, Counsel
                                      ✓ U.S. Probation Office
✓ NICOLE BURDETT (summons)
✓ Michael Magner, Counsel             ✓ U.S. Probation Office - Pretrial Services Unit

                                      ✓ U.S. Marshal

                                         JUDGE

**If you change address,**            ✓ MAGISTRATE JUDGE
**notify clerk of court**
**by phone, (504) 589-7683**           ✓ IRS - T. Moore