UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F" |
| | JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS | |
| NICOLE E. BURDETT | MAGISTRATE (4) |
| | MAGISTRATE JUDGE ROBY |

## MOTION FOR DISCOVERY, EVIDENTIARY HEARING, AND TO DISMISS FOR GRAND JURY DISCRIMINATION AND DEPRIVATION OF SPEEDY TRIAL RIGHTS

NOW INTO COURT, through undersigned counsel, come defendants Jason R. Williams and Nicole E. Burdett, who respectfully move the Court for an Order compelling discovery and an evidentiary hearing and, after due proceedings, an Order dismissing the indictment for improprieties in convening the grand jury and for depriving the defendants of their speedy trial rights.

WHEREFORE, for the reasons set forth in Defendants' accompanying memorandum in support, Councilman Williams and Ms. Burdett respectfully request that their motion be granted.

Respectfully submitted,

*s/William P. Gibbens*
WILLIAM P. GIBBENS (#27225)
Schonekas, Evans, McGoey & McEachin, LLC
909 Poydras St., Suite 1600
New Orleans, LA 70112
(504) 680-6065
billy@semmlaw.com
Attorney for Jason Rogers Williams

{N4045273.4}                    1

        *s/Michael W. Magner*
        MICHAEL W. MAGNER (#1206)
        AVERY B. PARDEE (#31280)
        Jones Walker LLP
        201 St. Charles Ave., Suite 5100
        New Orleans, LA 70170
        Telephone (504) 582-8316
        apardee@joneswalker.com
        mmagner@joneswalker.com
        Attorneys for Nicole E. Burdett

**CERTIFICATE OF SERVICE**

     I certify that on July 13, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

        */s/ Michael W. Magner*