UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                    CRIMINAL ACTION

v.                                          NO. 20-55

JASON WILLIAMS AND NICOLE BURDETT           SECTION "F"


ORDER TO SHOW CAUSE

Before the Court is Jason Williams and Nicole Burdett's motion for discovery, an evidentiary hearing, and dismissal of the indictment, noticed for submission on July 29, 2020.

The government's opposition to the motion was due on July 21, 2020. See LCrR 12 (opposition to discovery motion shall be filed no later than eight days before the scheduled hearing date); United States v. Mix, 25 F. Supp. 3d 914, 925 (E.D. La. 2014) (Local Civil Rules apply where Local Criminal Rules are silent); LR 7.5 (opposition to a motion shall be filed no later than eight days before the noticed submission date). The government failed to file an opposition by July 21, 2020.

Accordingly, IT IS ORDERED: that the government shall SHOW CAUSE, in writing, by July 24, 2020, why it failed to file a timely

1

opposition to the defendants' motion and why that motion should not be granted in full.

New Orleans, Louisiana, July 22, 2020

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE