UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

v.                                          NO. 20-55

JASON WILLIAMS AND NICOLE BURDETT           SECTION "F"


ORDER

Before the Court is a request for oral argument by Jason Williams and Nicole Burdett on their motion seeking discovery, an evidentiary hearing, and dismissal of the indictment. The motion is presently set for hearing on July 29, 2020, at 1:30 p.m. In compliance with the emergency procedures authorized by the CARES Act in response to the COVID-19 pandemic, the defendants acknowledge that any oral hearing must take place by videoconference and they consent to participate in the hearing by videoconference.

IT IS ORDERED: that the request for oral argument is GRANTED. IT IS FURTHER ORDERED: that the hearing on the motion is continued to 1:30 p.m. on August 5, 2020 and shall be conducted by video conference. Each side shall have 30 minutes for argument. The

Court's Case Manager shall issue a notice of hearing along with instructions for videoconference participation.

Finally, IT IS FURTHER ORDERED: that any reply to the government's opposition must be filed by July 30, 2020.

New Orleans, Louisiana, July 24, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE