UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-55 |
| JASON R WILLIAMS, NICOLE E. BURDETT | SECTION: "F" (4) |

**ORDER**

IT IS ORDERED that the **UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR PROTECTIVE ORDER PURSUANT TO RULE 16(d) (R. Doc. 27)** is **DENIED.**

New Orleans, Louisiana, this 30th day of July 2020.

**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**