MINUTE ENTRY
FELDMAN, J.
AUGUST 5, 2020
JS10 00:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-055 |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | SECTION "F" |

**MOTION HEARING VIA VIDEO CONFERENCE**

Courtroom Deputy:     Cherie Stouder
Court Reporter:       Toni Tusa

APPEARANCES:     Kelly Uebinger and David Ayo, Asst. U. S. Attorneys (Lafayette)
                 William Gibbens, Counsel for Defendant Jason R. Williams
                 Michael Magner and Avery Pardee, Counsel for Defendant Nicole E. Burdett
                 Jason R. Williams, Defendant
                 Nicole E. Burdett, Defendant

MOTION SEEKING DISCOVERY, AN EVIDENTIARY HEARING AND DISMISSAL OF THE INDICTMENT (REC. DOC. NO. 23)

AFTER ARGUMENT:   TAKEN UNDER SUBMISSION.