UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 20-55** |
| v. | * | **SECTION: "F" (4)** |
| **JASON R. WILLIAMS**<br>**NICOLE E. BURDETT** | * | |
| | *   *   * | |

**MOTION TO DISMISS**
**FOR SELECTIVE AND VINDICTIVE PROSECUTIONAND**
**DUE PROCESS VIOLATIONS, AND REQUEST FOR EVIDENTIARY HEARING**

**NOW INTO COURT**, through undersigned counsel, come defendants, Jason R. Williams and Nicole E. Burdett, who respectfully request that the Court dismiss the indictment against them for selective and vindictive prosecution and for due process violations.

As is set forth more fully in the accompanying memorandum, the government has either (1) improperly singled out Mr. Williams—and Ms. Burdett as collateral damage—for selective and vindictive prosecution on a tax case in which his actions were no different from that of hundreds of other clients of tax preparer Henry J. Timothy or (2) blatantly violated the defendants' due process rights by knowingly accepting false testimony from Mr. Timothy, its star witness.

1

Wherefore, the defendants respectfully request that their motion to dismiss be granted. Alternatively, the defendants respectfully request that the Court hold an evidentiary hearing on the issues raised in their motion.

                                                        Respectfully submitted,

| | |
|---|---|
| *s/Michael W. Magner* | */s/ William P. Gibbens* |
| MICHAEL W. MAGNER (#1206) | William P. Gibbens, 27225 |
| AVERY B. PARDEE (#31280) | SCHONEKAS, EVANS, MCGOEY |
| Jones Walker LLP | & MCEACHIN, L.L.C. |
| 201 St. Charles Ave., Suite 5100 | 909 Poydras Street, Suite 1600 |
| New Orleans, LA 70170 | New Orleans, Louisiana  70112 |
| Telephone (504) 582-8316 | |
| apardee@joneswalker.com | (504) 680-6065 |
| mmagner@joneswalker.com | billy@semmlaw.com |
| *Attorneys for Nicole E. Burdett* | *Attorney for Jason R. Williams* |