UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-55 |
| VERSUS | SECTION: "F" (4) |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | VIOLATION:<br>18 USC § 371<br>26 USC § 7206 (2)<br>31 USC § 5331 and 5322 |

NOTICE OF MOTION HEARING

Take Notice that this criminal case has been set for a MOTION HEARING on **OCTOBER 2, 2020 at 1:30 p.m.** before U.S. District Judge Martin L. C. Feldman, by video conference.

**\*\*AN EMAIL WILL BE SENT TO ALL PARTICIPANTS WITH A LINK TO THE VIDEO CONFERENCE\*\***

Date:  September 23, 2020

TO:
Jason R. Williams (Bond)

**COUNSEL FOR DEFENDANT:**
　　William P. Gibbens

TO:
Nicole E. Burdett (Bond)

**COUNSEL FOR DEFENDANT:**
　　Michael Magner
　　Avery Pardee

**If you change address,
notify clerk of court
by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by:  Cherie Stouder, Deputy Clerk

AUSA (Lafayette): Kelly Uebinger, T.A.
　　　　　　　　　David J. Ayo

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

INTERPRETER: None