UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-55 |
| VERSUS | SECTION: "F" (4) |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | VIOLATION:<br>18 USC § 371<br>26 USC § 7206 (2)<br>31 USC § 5331 and 5322 |

NOTICE OF EVIDENTIARY HEARING

Take Notice that this criminal case has been set for an EVIDENTIARY HEARING on **OCTOBER 22, 2020 at 1:30 p.m.** before U.S. District Judge Martin L. C. Feldman, by video conference.

**\*\*AN EMAIL WILL BE SENT TO ALL PARTICIPANTS WITH A LINK TO THE VIDEO CONFERENCE\*\***

| | |
|---|---|
| Date:  October 15, 2020 | CAROL L. MICHEL, CLERK |
| | by:  Cherie Stouder, Deputy Clerk |
| TO:<br>Jason R. Williams (Bond) | |
| | AUSA (Lafayette): Kelly Uebinger, T.A.<br>David J. Ayo |
| **COUNSEL FOR DEFENDANT:**<br>    William P. Gibbens | |
| | U.S. Marshal |
| TO:<br>Nicole E. Burdett (Bond) | U.S. Probation & Pre-Trial Services Unit |
| **COUNSEL FOR DEFENDANT:**<br>    Michael Magner<br>    Avery Pardee | INTERPRETER: None |

**If you change address,
notify clerk of court
by phone, 504-589-7683**