# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F"<br>JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | MAGISTRATE (4)<br>MAGISTRATE JUDGE ROBY |

## NICOLE BURDETT'S NOTICE OF MOTION TO TRANSFER

Nicole Burdett, through undersigned counsel, asks the Court to take notice of the following:

(1) The government indicted Ms. Burdett on December 4, 2020, in Case No. 20-139, in connection with her personal tax returns prepared by Henry Timothy for certain of the years covered by the Indictment currently pending before this Court.  *See* Exh. 1, Indictment (Case No. 20-139, Doc. 1).

(2) Case No. 20-139 was randomly allotted to Section A, the Hon. Jay C. Zainey presiding.

(3) The indictment was unsealed today, December 8, 2020.  Ms. Burdett's initial appearance and arraignment in Case No. 20-139 are scheduled for December 21, 2020.

(4) Ms. Burdett has filed the attached Motion to Transfer Case No. 20-139 from Section A to Section F.  *See* Exh. 2, Motion to Transfer (without exhibits) (Case No. 20-139, Doc. 12).

{N4136567.1}  1

WHEREFORE, Ms. Burdett asks that the Court take notice of the foregoing.

        Respectfully submitted,

        *s/Avery B. Pardee*
        MICHAEL W. MAGNER (#1206)
        AVERY B. PARDEE (#31280)
        Jones Walker LLP
        201 St. Charles Ave., Suite 5100
        New Orleans, LA 70170
        Telephone (504) 582-8316
        mmagner@joneswalker.com
        apardee@joneswalker.com
        *Attorneys for Nicole E. Burdett*

**CERTIFICATE OF SERVICE**

I certify that on December 8, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

        */s/ Avery B. Pardee*