UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F"<br>JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | MAGISTRATE (4)<br>MAGISTRATE JUDGE ROBY |

## NOTICE OF HEARING

TO:   David C. Joseph
      David J. Ayo
      Kelly Uebinger
      Assistant U.S. Attorneys
      United States Attorney's Office (Lafayette)
      800 Lafayette St., Ste. 2200
      Lafayette, LA 70501

PLEASE TAKE NOTICE that undersigned counsel will bring on for hearing before the Honorable Martin L.C. Feldman, United States District Judge, United States District Court, 500 Poydras Street, Room C555, New Orleans, Louisiana on **March 31, 2021.**

**MOTION TO DISMISS INDICTMENT AND
STAY PROCEEDINGS DUE TO JURY SELECTION VIOLATIONS**

Dated: January 27, 2021

                                                               Respectfully submitted,

                                                      *s/Avery B. Pardee*
                                                      MICHAEL W. MAGNER (#1206)
                                                      AVERY B. PARDEE (#31280)
                                                      Jones Walker LLP
                                                      201 St. Charles Ave., Suite 5100
                                                      New Orleans, LA 70170
                                                      Telephone (504) 582-8316
                                                      mmagner@joneswalker.com
                                                      apardee@joneswalker.com
                                                      *Attorneys for Nicole E. Burdett*

{N4164576.2}

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading has been served upon counsel of record by filing same in this Court's CM/ECF System this 27th day of January, 2021.

                                                                /s/ Avery B. Pardee