UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-55 |
| NICOLE E. BURDETT, ET AL. | SECTION "F" (4) |

ORDER

The Court, having considered the United States of America's Motion for Inquiry Regarding Attorneys' Fees (Rec. Doc. No. 172), the opposition, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 202), hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Inquiry Regarding Attorneys' Fees (Rec. Doc. No. 172) is GRANTED, and Ms. Burdett is entitled to continued representation under 18 U.S.C. § 3006A.

New Orleans, Louisiana, this  18th  day  November , 2021.

_____
**MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE**