MINUTE ENTRY
AFRICK, J.
July 7, 2022

JS10 - 00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 20-55 |
| JASON R. WILLIAMS, NICOLE E. BURDETT | SECTION: I |

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 20-139 |
| NICOLE E. BURDETT | SECTION: I |

**STATUS HEARING**

COURTROOM DEPUTY:  Bridget Gregory
COURT REPORTER:  Toni Tusa

APPEARANCES:
       Kelly Uebinger & Jessica Cassidy, Counsel for the government
       Ian Atkinson, Counsel for defendant Jason R. Williams
       Michael Magner & Avery Pardee, Counsel for defendant Nicole E. Burdett
       Jason R. Williams & Nicole E. Burdett, defendants

Case called.
All present and ready.
The Court questioned the defendants and their counsel, regarding the jury questionnaires.
The Court was advised that the defendants, counsel, and the government mutually agreed that Attachment A containing the list of prospective jurors shall be excused for cause, with all indicating their agreement by signature.
**IT IS ORDERED** that Attachment A be filed into the record under **SEAL**.
**IT IS FURTHER ORDERED** that the prospective jurors listed in Attachment A are hereby **EXCUSED**.

The Court addressed counsel regarding defendant Nicole Burdett's motion in limine to bar the government from using an overview witness[1].

**IT IS ORDERED** that the government shall file a response to defendant's motion no later than **12:00 p.m. (noon) on Tuesday, July 12, 2022.**

Defendants released on previous bond.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] 20cr55 - Rec. Doc. No. 369/ 20cr139 - Rec. Doc. No. 228