MINUTE ENTRY
AFRICK, J.
JULY 25, 2022

JS10 - 08:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 20-55** |
| **JASON R. WILLIAMS**<br>**NICOLE BURDETT** | **SECTION: I** |

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 20-139** |
| **NICOLE BURDETT** | **SECTION: I** |

**JURY TRIAL**
(continued from July 22, 2022)

COURTROOM DEPUTY:  Dena White and Bridget Gregory
COURT REPORTER:  Toni Tusa

APPEARANCES:
Alexander Van Hook, Jessica Cassidy and Kelly Uebinger, Counsel for Government
William P. Gibbens and Lisa Wayne, Counsel for Defendant Jason Williams
Michael Magner and Avery Pardee, Counsel for Defendant Nicole Burdett
Jason Williams and Nicole Burdett, Defendants

Court begins at 8:40 a.m.
All present and ready.
Jury returned to the courtroom.
Government's witnesses.
Timothy Moore testimony resumed.
Defendants' exhibits 1, 3, 4, 6A-M, 7, 142, 199, 240, 241 and 276, offered and admitted.
Government's exhibits 208, 209, 210, 211, 212, 213, 214 and 215, offered and admitted.
Government witnesses.
Colette Raphel, sworn and testified.
Curtis Anthony Moret, Jr., sworn and testified.

CR 20-55 "I"<br>
CR 20-139 "I"<br>
Page 2 - Trial Minutes<br>
July 25, 2022

David C. Carrone, sworn and testified.
Government's exhibits 791 and 811, offered and admitted.
Kevin Conley, sworn and testified.
Stipulation entered by the parties regarding Burdet home office.
Theodore Vlahakis, sworn and testified.
Government's exhibits 469 and 720, offered and admitted.
Timothy Moore testimony resumed.
Government's exhibits 739, 740, 741, 742, 743, 744, 745, 762, 763, 792, offered and admitted.
Defendants' exhibit 43, offered and admitted.
Lori Maribold, sworn and testified.
Defendants' exhibit 84A, offered and admitted.
Jury removed from courtroom.
Court recessed at 5:55 p.m., to reconvene on Tuesday, July 26, 2022, at 9:00 a.m.